UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. KRAMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEX VILLANUEVA, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-08385-JAK-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing the Fourth Amended Complaint without further leave to amend and with prejudice for failure to state a claim.

DATED:  April 28, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE