JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. KRAMER,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALEX VILLANUEVA, et al.,<br><br>                    Defendants. | Case No. 2:19-cv-08385-JAK-AFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Fourth Amended Complaint is dismissed without further leave to amend and with prejudice for failure to state a claim.

DATED:  April 28, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE